IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| **ISAAC DEWAYNE RUSSELL** | * | |
| **ADC #132326** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 2:06CV00208 JLH/BD |
| | * | |
| **WILLIAM ANDREWS,** *et al.*, | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has screened the Plaintiff's Complaint in compliance with 28 U.S.C. § 1915. Service is appropriate at this time for all Defendants.

The Clerk of the Court is directed to prepare a summons for each Defendant, and the United States Marshal is directed to serve copies of the original and amended complaints with any attachments (docket entries #1 and #2), and a summons for each Defendant through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or security therefor. If Defendants need copies of other filed documents, they are available from the Clerk's office and also can be accessed through the CM/ECF system for the United States District Court.

IT IS SO ORDERED this 15th day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE