## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ISAAC DEWAYNE RUSSELL**                                    **PLAINTIFF**
**ADC #132326**

**V.**                          **No. 2:06CV00208JLH/BD**

**WILLIAM ANDREWS,** *et al.*                               **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Amended Complaint (# 2) is DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE